**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                       NO. 4:13CR00203-001 SWW

REMMELE MAZYCK                                                                        DEFENDANT

## ORDER AMENDING JUDGMENT

Pending before the Court is the government's motion to amend restitution (doc #13) as to the above-named defendant. The Court finds that for the reasons stated in the motion should be and hereby is *granted*. The Judgment and Commitment is amended as follows:

A. **Arkansas Fidelity Bond Trust Fund**        **$247,500.00**
   c/o Arkansas Insurance Department
   1200 W. 3rd Street
   Little Rock, Arkansas 72201

B. **Chartis Claims, Inc.**                     **$213,546.98**
   c/o Wells Fargo Bank
   P.O. Box 105795
   Atlanta, Georgia 30348-5795

C. **Arkansas Lottery Commission:**             **$21,624.95**
   124 W. Capitol, Suite 1400
   Little Rock, Arkansas 72201

The total amount of restitution owed by the defendant is **$482,671.93**.

IT IS THEREFORE ORDERED that the Judgment and Commitment be amended to reflect the changes listed above, and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 7th day of April 2014.

                                                            /s/Susan Webber Wright
                                                            United States District Judge